IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JANICE A. WEISEL | : | |
| Plaintiff | : | |
| v. | : | Civil Action No. 1:19-cv-03281 |
| KAIMETRIX, LLC | : | |
| Defendants | : | |

## **JOINT STATUS REPORT**

COME NOW, Plaintiff, Janice Weisel, by and through her attorneys, Paul V. Bennett, Jeffrey J. Sadri, and Bennett & Ellison, P.C., and Defendant, Kaimetrix, LLC, by and through its attorneys, James S. Liskow and DeCaro, Doran, Siciliano, Gallagher & DeBlasis, LLP, and in response to the Court's May 7, 2020, Letter Order submit the following Joint Status Report:

(1) Whether there is unanimous consent to referral of all proceedings in this case, including trial and final disposition, to a Magistrate Judge.

The parties do not consent.

(2) whether there should be any changes to the dates in the draft scheduling order;

Given the present COVID-19 crisis, the parties ask that the deadlines in the Scheduling Order be extended three months.

(3) whether discovery of electronically stored information may be necessary;

The parties anticipate that there may be production of electronically stored information but do not believe that such discovery will require procedures outside normal manner of conducting discovery.

(4) whether you would like to defer any of the expert discovery until after summary judgment motions are resolved;

The parties would not like to defer any expert discovery.

1

(5) the number of deposition hours needed, if any; and

The parties anticipate twenty-four hours of deposition time from both sides.

(6) whether it would be appropriate to conduct a settlement conference with a Magistrate Judge either before or after discovery.

The parties do not believe it would be appropriate for a settlement conference to occur at this time. The parties will advise the Court if a settlement conference would be appropriate after discovery is concluded.

Respectfully submitted,

DeCARO, DORAN, SICILIANO,
GALLAGHER & DeBLASIS, LLP

/s/ James S. Liskow
James S. Liskow
17251 Melford Boulevard
Suite 200
Bowie, MD 20715
Tel: (301) 352-4950
Fax: (301) 352-8691
jliskow@decarodoran.com

/s/ Paul V. Bennett
Paul V. Bennett, Esquire

/s/ Jeffrey J. Sadri
Jeffrey J. Sadri, Esquire
BENNETT & ELLISON, P.C.
2086 Generals Highway, Ste. 201
Annapolis, Maryland 21401

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the   17th   day of    June     , 2020, a copy of the foregoing Joint Status Report was e-filed to:

Paul V. Bennett, Esquire
Jeffrey J. Sadri, Esquire
BENNETT & ELLISON, P.C.
2086 Generals Highway, Ste. 201
Annapolis, Maryland 21401

/s/ James S. Liskow
James S. Liskow

I:\Common\WP\L4\JSL\2-CLIENT FILES\Weisel v. Kaimetrix\Pleadings\Joint Status Report.docx