## EXHIBIT A

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| Janice A. Weisel, | * | |
| Plaintiff, | * | |
| v. | * | Civil No.: 1:19-cv-03281 |
| Kaimetrix, LLC, | * | |
| Defendant. | * | |

## ACKNOWLEDGMENT OF CONFIDENTIALITY

I understand that confidential documents, testimony and/or information may be revealed to me for purposes of the above-captioned lawsuit.  I have been advised that, by agreement among the parties, as so ordered by the Court, such documents, testimony and/or information may not be used for any purposes other than the prosecution or defense of said lawsuit.

I hereby certify that I have read the Stipulated Order Regarding Confidentiality of Discovery Material ("Stipulated Order") entered in this lawsuit.  I agree to maintain the confidentiality of any documents, testimony and/or information provided to me and otherwise to abide by the terms of the Stipulated Order.

I have been advised that any unauthorized use or disclosure by me of any confidential documents, testimony and/or information will be treated as a breach of the Stipulated Order for which I may be liable for damages and subject to sanctions by the Court.  I agree to subject myself to the jurisdiction of the Court for purposes of enforcement of the provisions of the Agreement.

Dated: _____   _____
PRINT NAME

_____
SIGNATURE